IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GABRIEL FLORES,

    Plaintiff,

vs.                                           No. CV-08-321 WJ/ACT

ANN MARIE PEREZ, FRANK SALCIDO, and
ANTHONY ROMERO,

    Defendants.

**ORDER**

    **THIS MATTER** comes before the Court on the proposed findings and recommended disposition of the United States Magistrate Judge [Docket No. 20]. Plaintiff's objections filed September 25, 2008, are without merit [Docket No. 23].

    **IT IS THEREFORE ORDERED** that the proposed findings and recommended disposition of the United States Magistrate Judge are hereby adopted by the Court.

    **IT IS FURTHER ORDERED** that Plaintiff's Complaint filed March 21, 2008, be dismissed with prejudice.

                                                                                   UNITED STATES DISTRICT JUDGE